■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE HATTEN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Marshall, J.—sodomy, first degree.) Present—Callahan, J. P., Boomer, Green, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN W. STAUFFER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Steuben County Court, Finnerty, J.—felony driving while intoxicated.) Present—Dillon, P. J., Callahan, Doerr, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL WRIGHT, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Steuben County Court, Purple, J.—violation of probation.) Present—Dillon, P. J., Callahan, Doerr, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID S. PITCHER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Steuben County Court, Scudder, J.—attempted burglary, third degree.) Present—Dillon, P. J., Callahan, Doerr, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN A. CABRERA, Appellant.—Judgment unanimously affirmed *(see, People v Lopez,* 71 NY2d 662). (Appeal from judgment of Genesee County Court, Morton, J.—burglary, third degree.) Present—Dillon, P. J., Callahan, Doerr, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROLD USHER, Also Known as LARRY USHER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Egan, J.—attempted burglary, third degree; grand larceny, second degree.) Present—Denman, J. P., Green, Pine, Balio and Davis, JJ.